# EXHIBIT A

**Defendant:** PSP Distribution LLC
**Creditor ID:** PSPD001
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| PSP Distribution LLC | 252299 | $10,795.68 | 9/5/2024 | INV2420607-1 | 5/22/2024 | $10,795.68 |
| | 251985 | $22,757.95 | 8/9/2024 | INV2433914 | 7/30/2024 | $22,757.95 |
| | 251985 | $9,106.94 | 8/9/2024 | INV2433915 | 7/30/2024 | $9,106.94 |
| | 252353 | ($24.99) | 8/16/2024 | 50090112_DEDUCT | 8/15/2024 | ($24.99) |
| | 252299 | $2,344.65 | 9/4/2024 | INV2441093 | 8/28/2024 | $2,344.65 |
| | 252299 | $2,344.65 | 9/4/2024 | INV2441391 | 8/29/2024 | $2,344.65 |
| | 252299 | $2,344.65 | 9/3/2024 | INV2441392 | 8/29/2024 | $2,344.65 |
| | 252299 | $1,797.56 | 9/3/2024 | INV2441393 | 8/29/2024 | $1,797.56 |
| | 252299 | $2,344.65 | 9/4/2024 | INV2441394 | 8/29/2024 | $2,344.65 |
| | 252353 | $2,344.65 | 9/12/2024 | INV2443349 | 9/4/2024 | $2,344.65 |
| | 252353 | $1,934.33 | 9/12/2024 | INV2443590 | 9/5/2024 | $1,934.33 |
| | | $0.00 | 10/23/2024 | ZERO-INV | 10/23/2024 | $0.00 |
| | | $0.00 | 10/23/2024 | ZERO-INV | 10/23/2024 | $0.00 |
| **Total Transfers** | **13** | **$58,090.72** | | | | **$58,090.72** |